In the Matter of PETER DIORIO, Appellant, v CITY OF PEEKSKILL COMMON COUNCIL, Respondent.

Submitted January 24, 2005; decided March 24, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).